UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

KEVIN DONNIGAN

Defendant.

Case No. 24-CR-95-PB-AJ-01

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

**[21 U.S.C. § 841(a)(1) -- Possession with Intent to Distribute Controlled Substances]**

On or about August 13, 2023, within the District of New Hampshire, the defendant,

KEVIN DONNIGAN

knowingly and intentionally possessed with the intent to distribute a controlled substance, specifically, methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

Dated: September 25, 2024

/s/ Foreperson
Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney
District of New Hampshire

By: /s/ Georgiana L. MacDonald
Georgiana L. MacDonald
Assistant United States Attorney